# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

DWIGHT L. ALLEN,

    Plaintiff,

v.

WAYNE V. BENNETT; RON CORBETT;
LOUISE CLIFTON NEWSOME;
RANDY AUSTIN; SHEILA MORAN;
and BRENDA HIGHSMITH,

    Defendants.

CIVIL ACTION NO.: CV208-174

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's negligence claims against Defendants are **DISMISSED**.

**SO ORDERED**, this 14 day of August, 2010.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA